**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **18–18369**
**MURIEL R. CURRIE–WILLIAMS**

Debtor

Adversary Proceeding No. **18–00823**
**STEVEN P ANTON**

Plaintiff

v.

**MURIEL R. CURRIE–WILLIAMS**

Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** MURIEL R. CURRIE–WILLIAMS

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
| --- |
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney** |
| --- |
| **Jonathan Petersen** |
| **1544 – 45th Avenue, Ste 3** |
| **Munster, IN 46321** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
| --- | --- |
| **Dirksen Federal Building** | |
| **219 South Dearborn** | **Status Hearing Date and Time** |
| **Courtroom 619** | **11/29/2018 at 10:00AM** |
| **Chicago IL 60604** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGEMENT BY THE BANKRUPTCY COURT AND JUDGEMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



Date Issued

10 / 03 / 2018

*Jeffrey P. Allsteadt*

Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012